**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No.  07-cv-01095-REB-CBS

CASE LOGIC, INC., a Colorado corporation,

     Plaintiff,

vs.

TRANS WORLD ENTERTAINMENT CORPORATION, a New York corporation, and
STARITE INDUSTRIES, INC., a foreign corporation,

     Defendants.

---

## ORDER FOR BRIEFING ON *MARKMAN* ISSUES

---

**Blackburn, J.**

     This matter is before the court *sua sponte*.  In this patent infringement action, the
court recognizes the need first to construe the claims of the patent before the case
properly can proceed to resolution by trial, summary judgment, or otherwise.
Therefore, I establish the following briefing schedule to govern resolution of these
matters.

     **IT IS ORDERED** as follows:

     1.  That no later than ninety days after the first answer is filed with the court by a
defendant in this case, the parties **SHALL FILE** a joint claim construction statement
setting forth the construction of claims and terms on which the parties agree and the
construction of claims and terms on which the parties disagree for the patent or patents
at issue;

     2.  That absent further order of the court, the joint claim construction statement

Dockets.Justia.com

**SHALL BE LIMITED** to fifteen (15) pages;

3.  That the plaintiff's brief on claim construction **SHALL BE FILED** 30 days after the joint claim construction statement is filed;

4.  That the deadlines for filing response and reply briefs **SHALL BE AS PRESCRIBED** under D.C.COLO.LCivR 7.1C;

5.  That absent further order of the court, the plaintiff's brief on claim construction and the defendant's response brief **SHALL BE LIMITED** to twenty (20) pages.

6.  That the parties **SHALL CONVENE** a telephonic motions' hearing setting conference with the court's administrative assistant, Ms. Susan Schmitz (303-335-2350), on **July 2, 2007**, at 10:00 a.m., to establish a time for a possible *Markman* hearing; provided, furthermore, that plaintiff is responsible for initiating the call, which must include representatives of all the parties with authority to schedule matters in this case;

7.  That based on the parties' submissions, the court will either rule on the papers, order further briefing, convene a *Markman* hearing, appoint a special master, or take such further action as the court in its discretion deems proper and necessary.

Dated May 30, 2007, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge