**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  07-cv-01095-REB-CBS

CASE LOGIC, INC., a Colorado corporation,

    Plaintiff,

vs.

TRANS WORLD ENTERTAINMENT CORPORATION, a New York corporation, and
STARITE INDUSTRIES, INC., a foreign corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Notice of Dismissal** [#14], filed October 8, 2007.  After careful review of the notice and the file, the court has concluded that the notice should be approved and that plaintiff's claims against defendant, Trans World Entertainment Corporation, should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Notice of Dismissal** [#14], filed October 8, 2007, is **APPROVED**;

    2.  That plaintiff's claims against defendant, Trans World Entertainment Corporation, are **DISMISSED**; and

    3.  That defendant, Trans World Entertainment Corporation, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

    Dated October 9, 2007, at Denver, Colorado.

                                          **BY THE COURT:**

                                          **s/ Robert E. Blackburn**
                                          **Robert E. Blackburn
                                          United States District Judge**