IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-01095-REB-CBS

CASE LOGIC, INC., a Colorado corporation,

    Plaintiff,

vs.

STARITE INDUSTRIES, INC., a foreign corporation,

    Defendant.

---

# MINUTE ORDER[1]

---

The matter comes before the court on the following motions:

1. Plaintiff's **Unopposed Motion To Vacate and Reset Claim Reconstruction Briefing Deadlines and Markman Hearing, With Incorporated Certificate of Compliance Pursuant to Local Rule 7.1A** [#23], filed February 12, 2008; and

2. The parties' **Joint Motion To Vacate Claim Construction Briefing Deadlines and Markman Hearing In View of Settlement** [#24], filed March 4, 2008.

After review of the motions and the file, the court has concluded that unopposed motion to vacate [#23] should be denied as moot, and the joint motion to vacate should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That Plaintiff's **Unopposed Motion To Vacate and Reset Claim Reconstruction Briefing Deadlines and Markman Hearing, With Incorporated Certificate of Compliance Pursuant to Local Rule 7.1A** [#23], filed February 12, 2008, is **DENIED** as moot;

2. That the **Joint Motion To Vacate Claim Construction Briefing Deadlines and Markman Hearing In View of Settlement** [#24], filed March 4, 2008, is

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

**GRANTED**.  The deadlines for the filing a joint claim construction statement, and briefing on claim construction issues are **VACATED**;

      3.  That the *Markman* hearing previously set for June 13, 2008, is **VACATED**; and

      4.  That the parties shall submit their dismissal documents on or before **March 27, 2008**.

      Dated:  March 5, 2008