**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-01095-REB-CBS

CASE LOGIC, INC., a Colorado corporation,

    Plaintiff,

vs.

STARITE INDUSTRIES, INC., a foreign corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulation of Dismissal** [#26], filed March 25, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** [#26], filed March 25, 2008, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 25, 2008, at Denver, Colorado.

                                                        **BY THE COURT:**

                                                        **s/ Robert E. Blackburn**
                                                        **Robert E. Blackburn
                                                         United States District Judge**

